IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00105-DDD-NRN

Dana Morris-Blake & Kenyatta Blake

    Plaintiff(s),

v.

Apple Valley East Condominium Association, Inc. & Moeller Graf, PC

    Defendant(s).

---

**MOTION TO DISMISS KENYATTA BLAKE AS PLAINTIFF**

---

I, Dana Morris-Blake, one of the plaintiffs in this case, do hereby motion that the court dismiss Kenyatta Blake as a Plaintiff in this case due to being deceased and as per Notice filed with the Court on March 22, 2021.  Continuation of the case will proceed with Dana Morris-Blake as Plaintiff.

Dated at Aurora, CO this 25nd day of April, 2021.

                                                                   S/Dana Morris-Blake
                                                                   **Dana Morris-Blake**
                                                                   91 Newark Street, Unit D
                                                                   Aurora, CO    80012
                                                                   Telephone:  720-525-7037
                                                                   Email:  dmbauthor@gmail.com
                                                                   Self-Represented/Pro Se Party