**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico**

Case No. 21-cv-00105-DDD-NRN

DANA MORRIS-BLAKE, and
KENYATTA BLAKE,

     Plaintiff,

v.

APPLE VALLEY EAST CONDOMINIUM ASSOCIATION INC., and
MOELLER GRAF, PC,

     Defendants.

## ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE

Plaintiff filed this lawsuit on January 14, 2021, alleging an illegal seizure and foreclosure via Sheriff's sale. (Doc. 1 at 3.) The parties reached a settlement (Doc. 83) and the Plaintiff filed a Motion to Dismiss instead of a stipulation of dismissal. (Doc. 87.) The Defendants filed a Notice of Non Opposition to Plaintiff's Motion to Dismiss, stating that the Defendants "[j]oin in the Plaintiff's Motion to enter an Order dismissing this Action with Prejudice, with each party responsible for their own costs and fees." (Doc. 89 at 1.) The Court referred this motion to Judge Neureiter. (Doc. 90.)

On December 7, 2021, Judge Neureiter issued a Report and Recommendation to grant Plaintiff's Motion to Dismiss. Neither party objected to the Report and Recommendation. The Court sees no error in the Report and Recommendation. Accordingly, the Court finds that dismissal with prejudice is appropriate.

- 2 -

It is ORDERED that the Report and Recommendation on Plaintiff's Motion to Dismiss with Prejudice (Doc. 91) is ACCEPTED and ADOPTED; Plaintiff's Motion to Dismiss (Doc. 87) is GRANTED, with each party to bear its own fees and costs.

Dated: March 31, 2022.   BY THE COURT:

_____
Daniel D. Domenico
United States District Judge